AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF **NEVADA**

UNITED STATES OF AMERICA

V.

RICKY R. LOVELIEN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:16-cr-00046-GMN-PAL-13

The Defendant was found not guilty as to all counts. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Gloria M. Navarro, Chief Judge U.S. District Court
Name of Judge          Title of Judge

August 22, 2017
              Date